

Janeen Steel (SBN 211401)
Patricia A. Van Dyke (SBN 160033)
LEARNING RIGHTS LAW CENTER
205 S. Broadway, Ste 808
Los Angeles, CA 90012
T: (213) 542-1834/F: (213) 489-4033
janeen@learningrights.org
patsy@learningrights.org

David Mishook (SBN 273555)
FAGEN FRIEDMAN & FULFROST LLP
70 Washington Street, Suite 205
Oakland, CA 94607
T: (510) 550-8200/F: (510) 550-8211
dmishook@f3law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A            M,<br>Plaintiff,<br>v.<br>LOS ANGLES UNIFIED SCHOOL DISTRICT,<br>Defendant. | Case No. 2:18-CV-0681-PSG-Ex<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

E-FILED MAR - 7 2019 Document # JS-6

1    WHEREAS, the parties notified the Court of a pending settlement on
2 February 1, 2019;
3    WHEREAS, the parties have notified the Court that they have fulfilled
4 their obligations pursuant to the settlement agreement dated January 31, 2019,
5 including the payment of a sum certain to Plaintiff;
6    WHEREAS the parties have submitted a stipulation of dismissal requesting
7 that this matter be dismissed with prejudice;
8    Thus, the Court hereby orders the dismissal of this case in its entirety with
9 prejudice.
10   IT IS SO ORDERED.

_____

Hon. Philip S. Gutierrez
District Court Judge

DATED: March 6, 2019